USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __9/7/22_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**SPECIALTY MEDICAL DRUGSTORE, LLC,**

                    **Plaintiff,**

          **-against-**

**LIFEMD, INC.,**

                    **Defendant.**

**21-cv-10599 (ALC)**

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:    September 7, 2022
             New York, New York

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**